# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMARA BROYLES, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00179 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 21, 2012 (Doc. #12) is ADOPTED in full;

2. The Commissioner's decision is vacated;

3. No finding is made as to whether Plaintiff Tamara Broyles was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with the Report

and Recommendations (Doc. #12) and this Decision and Entry; and,

5. The case is terminated on the docket of this Court.

Dated: June 8, 2012                                    <u>**s/Thomas M. Rose**</u>
                                                      Thomas M. Rose
                                                      United States District Judge