IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMARA BROYLES, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00179 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #15), and the record as a whole.  The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Motion.

Plaintiff seeks an award of attorney fees under 28 U.S.C. §2412(d) in the total amount of $3,193.47.  In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting Exhibits establish that an award of attorney fees is warranted under 28 U.S.C. §2412(d) in the amount Plaintiff seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #15) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 28 U.S.C. §2412(d) in the amount of $3,193.47.

August 31, 2012  ***s/THOMAS M. ROSE**

Thomas M. Rose<br>United States District Judge